IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-389-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CARLOS VERVE-RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On March 1, 2018, Carlos Verve-Rodriguez ("Verve-Rodriguez") requested a copy of his transcripts [D.E. 76]. On March 26, 2018, Verve-Rodriguez requested a copy of his sentencing transcript [D.E. 77].

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Verve-Rodriguez has failed to show a particularized need for the transcripts. To the extent Verve-Rodriguez's motions could be construed as motions to obtain transcripts without charge, the motions [D.E. 76, 77] are denied.

In sum, Verve-Rodriguez's motions [D.E. 76, 77] are DENIED without prejudice. Verve-Rodriguez may obtain a copy of his transcripts from his former counsel.

SO ORDERED. This 9 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge